# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1945

_____

| | | |
|---|---|---|
| Dennis E. Jefferson, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Missouri Department of Social | * | |
| Services, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  October 20, 1999

Filed:  October 27, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Dennis E. Jefferson appeals from the district court's order granting the motion of the Missouri Department of Social Services (MDSS) to dismiss his gender-discrimination and retaliatory-termination action for failure to state a claim.  We hold that Mr. Jefferson's allegation that MDSS terminated him "because he is male" suffices to survive dismissal under Federal Rule of Civil Procedure 12(b)(6).  See Ring v. First Interstate Mortgage, Inc., 984 F.2d 924, 924-28 (8th Cir. 1993) (rejecting prima facie case as standard for Rule 12(b)(6) analysis); Smith v. St. Bernards Reg'l Med. Ctr., 19

F.3d 1254, 1255 (8th Cir. 1994) (hospital employee's allegation she was terminated because of her color sufficient to state Title VII claim). However, Mr. Jefferson's allegation he was fired in retaliation for complaining about "conditions of his employment and of the Hogan Street Youth Center" was insufficient to indicate these complaints warranted protection under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2000e-17. See 42 U.S.C. § 2000e-3(a) (describing protected activities). Accordingly, we reverse the dismissal of the gender-discrimination claim, affirm the dismissal of the retaliatory-termination claim, and remand for further proceedings consistent with this opinion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.